JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO FERNANDEZ, | CASE NO. CV 11-05057-GHK (SP) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIMOTHY E. BUSBY, | |
| Respondent. | |

Pursuant to the Order Accepting in Part and Rejecting in Part Findings and Recommendations of United States Magistrate Judge, and Denying Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied, that all claims are denied with prejudice, and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court. The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

DATED: March 27, 2014

GEORGE H. KING
Chief United States District Judge